MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (SBN 133473)
E-mail: shollander@manatt.com
KATHRYN A. B. BARTOW (SBN 215414)
Email: kbartow@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant
American Family Life Assurance Company of Columbus

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRAIG FRAZIER DESIGN, INC., a California Corporation, dba CRAIG FRAZIER STUDIO,<br><br>Plaintiff,<br><br>vs.<br><br>THE ZIMMERMAN AGENCY, LLC, a Delaware company, AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, a.k.a. AFLAC, a Nebraska corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV 10 1094 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |

Pursuant to local Rule 7.12 the parties hereby submit this stipulation to continue the Settlement Conference currently set for February 1, 2011 to February 25, 2011 at 9:00 a.m..

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 10-1094 SBA

| | | |
|---|---|---|
| 1 | Dated: December 13, 2010 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | Susan E. Hollander |
| | | Kathryn A. B. Bartow |

By: /s/ Kathryn A. B. Bartow
Kathryn A. B. Bartow

*Attorneys for Defendant*
American Family Life Assurance Company OF COLUMBUS

Dated:   December 13, 2010      OWEN, WICKERSHAM & ERICKSON, P.C

By: /s/ Lawrence G. Townsend
Lawrence G. Townsend (SBN 88184)

*Attorneys For Plaintiff*
Craig Frazier Design, Inc

*Filer's Attestation: Pursuant to General Order No. 45, § X(B) regarding signatures, Kathryn A. B. Bartow hereby attests that concurrence in the filing of this document has been obtained.*

Dated:   December 13, 2010      ROBINS, KAPLAN, MILLER & CIRESI, LLP

By /s/ Mark D Passin
Mark D. Passin (SBN 101195)

*Attorneys For Defendant*
The Zimmerman Agency, LLC

*Filer's Attestation: Pursuant to General Order No. 45, § X(B) regarding signatures, Kathryn A. B. Bartow hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 14 Dec '10

The Hon. Bernard Zimmerman
United States Magistrate Judge

300186155.1