MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (SBN 133473)
E-mail: shollander@manatt.com
KATHRYN A. B. BARTOW (SBN 215414)
Email: kbartow@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant
American Family Life Assurance Company of Columbus

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRAIG FRAZIER DESIGN, INC., a California Corporation, dba CRAIG FRAZIER STUDIO,<br><br>Plaintiff,<br><br>vs.<br><br>THE ZIMMERMAN AGENCY, LLC, a Delaware company, AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, a.k.a. AFLAC, a Nebraska corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV 10 1094 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to local Rule 7.12 the parties hereby submit this stipulation to continue the Case Management Conference currently set for February 3, 2011. The parties' settlement conference in this case is scheduled for February 25, 2011. Accordingly, the telephonic case management conference is continued to March 16, 2011 at 3:15 p.m. Plaintiff's counsel will initiate the call and the parties will file a joint statement ten (10) days before the conference.

Respectfully submitted,

Dated: January 5, 2011       MANATT, PHELPS & PHILLIPS, LLP
                             Susan E. Hollander
                             Kathryn A. B. Bartow


By: /s/ Kathryn A. B. Bartow
    Kathryn A. B. Bartow

*Attorneys for Defendant*
American Family Life Assurance Company of Columbus

Dated: January 5, 2011       OWEN, WICKERSHAM & ERICKSON, P.C
                             Lawrence G. Townsend
                             Linda Joy Kattwinkel


By: /s/ Linda Joy Kattwinkel
    Linda Joy Kattwinkel (SBN 164283)

*Attorneys For Plaintiff*
Craig Frazier Design, Inc

Dated: January 5, 2011       ROBINS, KAPLAN, MILLER & CIRESI, LLP
                             Mark D. Passin
                             Lauren Sudar


By  /s/ Mark D Passin
    Mark D. Passin (SBN 101195)

*Attorneys For Defendant*
The Zimmerman Agency, LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 1/10/11

_____
The Hon. Saundra Brown Armstrong
United States District Court Judge

300195652.1