# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG FRAZIER DESIGN, INC., a California Corporation, dba CRAIG FRAZIER STUDIO,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE ZIMMERMAN AGENCY, LLC, a Delaware company, AMERICAN FAMILY LIFE ASSURANCE COMPANY, INC., a.k.a. AFLAC, a Georgia corporation, and DOES 1-10,<br><br>        Defendants. | Case No.  CV 10 1094 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41 |

    The parties having reached a full and final settlement of all claims, it is hereby stipulated and agreed by the parties in the above-entitled action, by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in this action, together with all claims therein asserted be, and it hereby is, DISMISSED WITH PREJUDICE, all parties bearing their own costs and attorneys' fees incurred in this action.

    The Court shall maintain jurisdiction over the parties and subject matter of this civil action solely for the purpose of interpreting and enforcing the parties' settlement agreement.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 5, 2011 | OWEN, WICKERSHAM & ERICKSON, P.C. |

Dated: April 5, 2011       OWEN, WICKERSHAM & ERICKSON, P.C.

By: /s/ Linda Joy Kattwinkel
Lawrence G. Townsend (SBN 88184)
Linda Joy Kattwinkel (SBN 164283)
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, CA  94105
Telephone:       (415) 882-3200
Facsimile:        (415) 882-3232
*Attorneys for Plaintiff*
*Craig Frazier Design, Inc.*

Dated: April 5, 2011       MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kathryn A. Bartow
Kathryn A. Bartow (SBN 215414)
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:       (415) 291-7400
Facsimile:        (415) 291-7474
*Attorneys for Defendant*
*American Family Life Assurance Company of Columbus*

Dated: April 5, 2011       ROBINS, KAPLAN, MILLER & CIRESI, LLP

By: /s/ Mark D. Passin
Mark D. Passin (SBN 101195)
Lauren Sudar (SBN 222743)
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:       (310) 552-0130
Facsimile:        (310) 229-5800
*Attorneys for Defendant*
*The Zimmerman Agency, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Any disputes arising from the settlement agreement shall be referred to a Magistrate Judge of this Court for determination.

Dated: 4/4/11

_/s/ Saundra B. Armstrong_
The Hon. Saundra Brown Armstrong
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE          2          CASE NO. 10-1094 SBA

1 S:\1Clients\crafr\Aflac\70003-N.D.Cal\Pleadings\Stip dismissal.DOC

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28